# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MILLER,<br><br>Defendant. | CASE NO. 21 cr 45<br><br>JUDGE WALTER H. RICE<br><br>INDICTMENT<br>18 U.S.C. §§ 922(j) and 924(a)(2) |

THE GRAND JURY CHARGES:

### COUNT 1

[18 U.S.C. §§ 922(j) and 924(a)(2)]

Between on or about June 18, 2018, and on or about June 19, 2018, in the Southern District of Ohio, the defendant, MICHAEL MILLER, knowingly possessed a stolen firearm, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

All in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

A TRUE BILL

/S/ SIGNED
FOREPERSON

VIPAL J. PATEL
Acting United States Attorney

RYAN A. SAUNDERS
Assistant United States Attorney