PAGEID #: 12

United States District Court
Southern District of Ohio

## Related Case Memorandum
### Criminal Cases

TO: District Judge Walter H. Rice and District Judge Michael J. Newman

FROM: Sophia R. Bryant, Deputy Clerk

DATE: 4/16/2021

SUBJECT: Case Caption: USA v. Michael Miller

CASE NUMBER: 3:21-cr-45

DISTRICT JUDGE: Walter H. Rice

File Date: 4/13/2021

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** 3:20-cr-70

Case Caption: USA v. Lamont Hancock

Case Number: **3:20-cr-70**          District Judge: Michael J. Newman

File Date: 7/14/2020          Magistrate Judge: N/A

**Related Case(s):**

Case Caption:

Case Number:          District Judge:

File Date:          Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk    <u>Sophia R. Bryant</u>
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge <u>michael J. newman</u>

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*