Query    Reports    Utilities    Help    What's New    Log Out

### 5:21-mj-00044-CHW All Defendants USA v. MILLER
**Date filed:** 05/04/2021
**Date terminated:** 05/07/2021
**Date of last filing:** 05/07/2021

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | *Filed & Entered:* | 05/04/2021 | Notice of Hearing |
|  | *Filed:* *Entered:* | 05/04/2021 05/06/2021 | Arrest - Rule 5/Rule 32.1 |
| 1 | *Filed & Entered:* | 05/04/2021 | Rule 5(c)(3)/Rule 32.1 Documents Received |
| 2 | *Filed & Entered:* | 05/05/2021 | Order Appointing Counsel |
| 3 | *Filed & Entered:* | 05/05/2021 | Case Unsealed |
| 4 | *Filed & Entered:* | 05/05/2021 | Financial Affidavit - CJA23 |
| 5 | *Filed & Entered:* | 05/05/2021 | Notice of Attorney Appearance - Defendant |
| 7 | *Filed:* *Entered:* | 05/05/2021 05/06/2021 | Initial Appearance - Rule 5 |
| 8 | *Filed:* *Entered:* | 05/05/2021 05/06/2021 | Waiver of Hearing |
| 9 | *Filed:* *Entered:* | 05/05/2021 05/06/2021 | Order Setting Conditions of Release |
| 10 | *Filed:* *Entered:* | 05/05/2021 05/06/2021 | Bond |
| 6 | *Filed & Entered:* | 05/06/2021 | Notice of Attorney Appearance - USA |
|  | *Filed & Entered:* | 05/07/2021 | Notice to Receiving District of Criminal Case Transfer |
| 12 | *Filed & Entered:* | 05/07/2021 | Order of Transfer/Commitment to Another District |