UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 3:21-cr-45

vs.

MICHAEL MILLER,                       District Judge Michael J. Newman
                                                       Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 32)**

---

This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 32. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in count one of the Indictment, which charges him with possession of a firearm which has been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2). Doc. No. 32. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **May 19, 2022, at 11:00 AM**.

    IT IS SO ORDERED.

  February 17, 2022                              s/ Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge